UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LACEY BILLIOT (#117870)     CIVIL ACTION

VERSUS

ALVIN ROCHE, JR., ET AL.     NO. 20-00061-BAJ-EWD

## RULING AND ORDER

Before the Court is pro se Plaintiff's Complaint, initially filed on September 15, 2019. **(Doc. 1).** The Magistrate Judge has issued a **Report and Recommendation (Doc. 12)** recommending that the Court dismiss Plaintiff's complaint with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A and decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims. There are no objections to the Magistrate Judge's Report.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendants Alvin Roche, Jr.; Jim Wise; and Francis Abbot be and are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the above-captioned matter be and is

1

hereby **DISMISSED WITH PREJUDICE**.

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Defendants Alvin Roche, Jr.; Jim Wise; and Francis Abbot be and are hereby **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

Baton Rouge, Louisiana, this 30th day of March, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA